**The Fu Firm PLLC**

43 West 43rd Street, Suite 205
New York, NY 10036
(212) 584-0581
www.thefufirm.com

Request approved.  The conference will be held 4/30/26 at 11:45 a.m. (in person). The schedule for pre-motion letters, if any, remains in place.  Letters due 4/8/26, with responses due 4/15/26.

January 27, 2026

1/27/26

SO ORDERED.

*Cathy Seibel*

CATHY SEIBEL, U.S.D.J.

**BY ECF and E-MAIL (chambersnysdseibel@nysd.uscourts.gov)**
Hon. Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:    *Newberry v. Curtis Instruments, Inc.*, 25-CV-1915 (CS)

Dear Judge Seibel:

I represent Plaintiff in the above-referenced matter.  With the consent of Defendant's counsel, I respectfully request an adjournment of the April 22, 2026 conference to a date after April 28, 2026, as I will be on a preplanned out-of-state vacation from April 20, 2026 through April 28, 2026.  I have conferred with Defendant's counsel, and we are both generally available on April 29, April 30, and in May.

This is the first request for an adjournment of this conference.

Respectfully Submitted,
/s/ Yan Fu
Yan Fu

cc: Counsel of record (by ECF)