UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

ERNESTO NEWBERRY,

                    Plaintiff,

- against -

CURTIS INSTRUMENTS, INC.,

                    Defendant.
--------------------------------------------------------------x

**ORDER ON MOTION TO DISMISS**

No. 25-CV-1915 (CS)

Seibel, J.

      For the reasons set forth on the record at the March 12, 2026 conference, the Defendant's motion to dismiss, (ECF No. 16), is DENIED.

**SO ORDERED.**

Dated: March 12, 2026
      White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.