UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Newberry,

Plaintiff(s),

**O R D E R**

-against –

7:25-CV-01915 (CS)

Curtis Instruments, Inc.,

Defendant(s).
-------------------------------------------------------------X

Seibel, J.

It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within forty-five days of the date of this order, Plaintiff may apply by letter within the forty-five-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

**SO ORDERED**.

Dated: September 11, 2026
White Plains, New York

Cathy Seibel

CATHY SEIBEL, U.S.D.J.